# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

April 24, 2017

**VIA ECF**
The Honorable Katherine H. Parker, U.S.M.J.
United States District Court
500 Pearl Street
New York, New York, 10007-1312

Re: *Garcia v. Chipotle Mexican Grill, Inc.*
Case No.: 16-CV-0601

Dear Judge Parker,

We are counsel to Plaintiffs. We write, jointly with counsel to Defendant to respectfully request that the Court schedule a mediation in this putative class and collective matter. The parties anticipate needing a full-day to complete the mediation. The parties have conferred and are mutually available on May 16, 2017.

We thank Your Honor for considering this matter.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.