USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EMANUEL GARCIA, *on behalf of himself, FLSA Collective Plaintiffs and the class*,

                              Plaintiff,

         -against-

CHIPOTLE MEXICAN GRILL, INC.,

                              Defendant.

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

16-CV-0601 (ER) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for Tuesday, May 16, 2017 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. As addenda to their pre-conference submissions, both sides shall provide the Court with their respective computation of damages, specifying, for each week of employment, hours worked, straight time and overtime rate, tips (if applicable), and other elements of damages. Plaintiff shall provide the Court with an accounting of legal fees and expenses from inception of the case through the date of the settlement conference. Pre-conference submissions must be received by the Court no later than Tuesday, May 9, 2017 by 5:00 p.m.

      SO ORDERED.

Dated: April 26, 2017
      New York, New York

*Katharine H Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge

2