**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

EMANUEL GARCIA, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                       Plaintiffs,

          -against-

CHIPOTLE MEXICAN GRILL, INC.,

                      Defendant.

------------------------------------------------------------------ x

Case No. 16-CV-0601

**DECLARATION OF**
**DAVID B. GOTTLIEB**

I, DAVID B. GOTTLIEB, declare as follows:

1.      I have personal knowledge of the facts described below based upon my own recollection and a review of documents and would competently testify to those facts.

2.      I am currently employed by Chipotle Mexican Grill, Inc. ("Chipotle") as its Director, Compliance and Field People Support. I have held this same position since 2013. I was originally hired by Chipotle in April 2010 as the Director, Compliance and Projects. I have general responsibility for ensuring that employees who work in Chipotle's restaurants are hired and paid in full compliance with the law.

3.      Chipotle operates fresh Mexican food restaurants serving a focused menu of burritos, tacos, burrito bowls, and salads. Chipotle has more than 2,100 restaurants throughout the United States, with approximately 66 restaurants in New York City, in which approximately 13,600 hourly workers have been employed since December 2010.

4.      Based upon a review of payroll and other Chipotle records, I know the dates, locations, and positions associated with Chipotle's employment of Plaintiff Emanuel Garcia. Plaintiff was hired as a Crew Member at Chipotle's restaurant located at 185 Montague Street,

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

Brooklyn, NY 11201 on or about December 21, 2011.  Plaintiff became a Kitchen Manager on or about May 27, 2013 and a Service Manager on or about October 14, 2013 at 185 Montague Street.  Plaintiff also worked as a Service Manager at Chipotle's Court Street, location when he was transferred to that location on or about March 2015.  Plaintiff also worked as a Service Manager infrequently at Chipotle's MetroTech Plaza and Upper East Side restaurant location. Plaintiff was terminated on August 19, 2015 for unacceptable work performance.

5.      Beginning in August 2014, Chipotle implemented an arbitration program applicable to all new hires, including all new employees in New York City, which requires signatories to arbitrate any employment claims that they have against Chipotle and to do so on an individual basis only.  A copy of the English version of Chipotle's Arbitration Agreement is attached hereto as Exhibit A.      Chipotle also provides a Spanish version of the Arbitration Agreement to employees during the hiring steps.

6.      This version of the Arbitration Agreement was in effect until February 2017.  It was replaced at that time by a new version, but the new version did not change the scope of claims subject to arbitration or the prohibition against class and collective litigation in arbitration.  Further, the process described below for obtaining consent from signatories to the Arbitration Agreement has not materially changed.

7.      At the time a new employee is hired at Chipotle, they are sent emails that assign them an employee identification number and a unique password that allows them to access Chipotle's Workday on-line system.  These login credentials are employee specific such that there is no other individual who should be using those credentials to complete the onboarding process on behalf of another employee.  Chipotle's Information Security Policy also prohibits employees from divulging their password to any other individuals.

Case No. 16-CV-0601
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

8.     All new employees are able to access a variety of documents through the Workday system including, mandatory documents and other reference materials.  As is relevant here, one such mandatory document employees may access through Workday is Chipotle's Arbitration Agreement.  Through Workday, the employee can electronically review a copy of the Arbitration Agreement or they can print and review the Arbitration Agreement in hard copy.

9.     Workday sets forth "hotline" numbers that the employee can call if he or she has any questions concerning any aspect of the onboarding process, including the Arbitration Agreement.  Similarly, employees are provided with an employee handbook (which the version of handbook varies by the person's role within Chipotle) as part of the onboarding process, and such handbook contains information to be used by the employee to raise any questions he or she may have.  All employees are expected to read and are required to electronically sign their name in Workday to acknowledge receipt and understanding of this document.

10.     The employee is given the option of accepting the terms of the Arbitration Agreement and continuing with their employment with Chipotle, or declining the Arbitration Agreement and ending their employment with Chipotle.  If the employee fails to execute the Arbitration Agreement, whether intentionally or accidentally, the onboarding process will not be completed and that individual cannot commence employment with Chipotle.

11.     To accept the terms of the Arbitration Agreement, the employee must mark a box stating "I Agree" and click a "Submit" button.  Once the employee clicks "Submit," a "receipt," stating the date and time that the employee accessed and electronically signed the Arbitration Agreement, is created in Workday and maintained as part of that employee's electronic file.

Case No. 16-CV-0601
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

12.    Attached hereto as Exhibit B are "receipts" identifying the date and time that each of the following 118 persons who filed "Consents" to participate in this action executed Chipotle's Arbitration Agreement:

a.      Ryann Alaimo

b.      Chrystie Almestica

c.      Emil Anderson

d.      Amauris Ariza

e.      Nah-Jay Ashman

f.      Karif Austin

g.      Peyton Barnes

h.      Prayer Barnett

i.      Christopher Bartell

j.      Jessenia Bibian

k.      Michelle Brown

l.      Shawana Brunson

m.      Carolyn Bryant

n.      Deshon Bryant

o.      Eduin Cabrera Diaz

p.      Yemine Calixto

q.      Nicole Caraballo

r.      Mark Carney

s.      Christopher Casiano

t.      Anthony Castillo

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

| | |
|---|---|
| u. | Jason Cedeno |
| v. | Nylah Coleman |
| w. | Daniel Collins |
| x. | Shaquille Corley |
| y. | Angelique Cross |
| z. | Genesis Cuevas |
| aa. | Tariq Cuffy |
| bb. | Nin DaCosta |
| cc. | Kevin Davila |
| dd. | Gregory DeJesus |
| ee. | Alondra Deleon |
| ff. | Jacob Delgado |
| gg. | Aismer Disla |
| hh. | Hairo Disla |
| ii. | Daniel Edwards |
| jj. | Sarah Ellis |
| kk. | Lenise English |
| ll. | Kimberly Epstein |
| mm. | Elyssa Espinal |
| nn. | Roseangela Espinal |
| oo. | Nathan Falberg |
| pp. | Nakia Farmer |
| qq. | Nia Fecu |

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

| | |
|---|---|
| rr. | Isaiah Feliciano |
| ss. | Robinson Fernandez |
| tt. | Jose Gomez |
| uu. | Yaileny Gonzalez |
| vv. | Troya Green |
| ww. | Kamille Haynes |
| xx. | Justin Henderson |
| yy. | Dontae Hippolite |
| zz. | Shanya Hopkins |
| aaa. | Allexus Jones |
| bbb. | Zakaria Khafagy |
| ccc. | Devenie King |
| ddd. | Dequan Knighton |
| eee. | Ashley Lascano |
| fff. | Felicia Lawson |
| ggg. | Donovan Lewis |
| hhh. | Ramon Liranzo |
| iii. | Emily Lopez |
| jjj. | Errol Mack |
| kkk. | Justin Maharaj |
| lll. | Kaashif Major |
| mmm. | Glenn Matos |
| nnn. | George Mattocks |

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

| | |
|---|---|
| ooo. | Kadija Maurice |
| ppp. | Carolina Medrano |
| qqq. | Kaylie Miller |
| rrr. | Ashley Monahan |
| sss. | Destiny Moore |
| ttt. | Jason Morales |
| uuu. | Lilibeth Morillo |
| vvv. | Tekash Munipersaud |
| www. | Brandon Muniz |
| xxx. | Taj Murray |
| yyy. | Lauren Navarro |
| zzz. | Nnenna Ndukwe |
| aaaa. | Kasheem Pack |
| bbbb. | Rhaiza Padilla |
| cccc. | Carolyn Paguay-Rodriguez |
| dddd. | Andrew Pedraza |
| eeee. | Jonathan Perez |
| ffff. | Rafael Pina |
| gggg. | Nathaniel Polite |
| hhhh. | Kenneth Powell |
| iiii. | Anthony Price |
| jjjj. | Deborah Pruitt |
| kkkk. | Karen Ramirez Nunez |

| | |
|---|---|
| llll. | Jose Reyes |
| mmmm. | Brittany Rivera |
| nnnn. | Jorge Rivera |
| oooo. | Linette Rodriguez |
| pppp. | Roberto Rojas |
| qqqq. | Halina Rose-Green |
| rrrr. | Aaron Russo Jr. |
| ssss. | JamiQuan Saenz |
| tttt. | Umaimah Saleemi |
| uuuu. | Brandon Santiago |
| vvvv. | Troy Saunders |
| wwww. | Marilynn Severino |
| xxxx. | Campbell Sinnett |
| yyyy. | Tananya Solomon |
| zzzz. | Ferlyn Soto |
| aaaaa. | Juan Soto |
| bbbbb. | Hunter Staples |
| ccccc. | Ciara Sze |
| ddddd. | Liduvina Tapia |
| eeeee. | Reynaldo Tavarez |
| fffff. | Tiffany Thompson |
| ggggg. | Leslie Valerio |
| hhhhh. | Edith Ventura |

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

    iiiii.          Liana Vulaj

    jjjjj.          Laron Waters

    kkkkk.        Rebecca Waxman

    lllll.          Prejhane Williams

    mmmmm.    Tanayah Williams

    nnnnn.       Lakeya Williams-Bathily

*Case No. 16-CV-0601*
*Emanuel Garcia, et al. v. Chipotle Mexican Grill, Inc.*
*Declaration of David B. Gottlieb*

      13.    I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Executed on September 15, 2017 at Denver, Colorado

                                         DAVID B. GOTTLIEB

```
NIXIE K. GASSER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064002730
MY COMMISSION EXPIRES SEPTEMBER 25, 2021
```

Subscribed and sworn to before me
this 14th day of Spt. 2017