# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent RYANN ALAIMO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:          (212) 465-1188
                          cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent CHRYSTIE ALMESTICA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

             Re:     **Request to Arbitrate**

To Whom it May Concern;

       We represent EMIL ANDERSON ("Claimant"), a former employee of Chipotle Mexican
Grill, Inc. ("Chipotle").

       Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

       Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

              Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent AMAURIS ARIZA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent NAH-JAY ASHMAN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

                Re:    **Request to Arbitrate**

To Whom it May Concern;

        We represent KARIF AUSTIN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

                Re:       **Request to Arbitrate**

To Whom it May Concern;

        We represent PEYTON BARNES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

> Re:     **Request to Arbitrate**

To Whom it May Concern;

      We represent PRAYER BARNETT ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent CHRISTOPHER BARTELL ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
### 30 EAST 39TH STREET, SECOND FLOOR
### NEW YORK, NY 10016
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent JESSENIA BIBIAN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent MICHELLE BROWN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent SHAWANA BRUNSON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent CAROLYN BRYANT ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC: Messner Reaves LLP
    1430 Wynkoop Street, Suite 300
    Denver, CO 80202
    Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
          Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent DESHON BRYANT ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:        **Request to Arbitrate**

To Whom it May Concern;

We represent EDUIN CABRERA DIAZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent YEMINE CALIXTO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

     We represent NICOLE CARABALLO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
       Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

     We represent MARK CARNEY ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

                    Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent CHRISTOPHER CASIANO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
### 30 EAST 39TH STREET, SECOND FLOOR
### NEW YORK, NY 10016
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
       Executive Director of Safety, Security and Risk

       Re:      **Request to Arbitrate**

To Whom it May Concern;

       We represent ANTHONY CASTILLO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

       Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

       Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent JASON CEDENO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

        Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent NYLAH COLEMAN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent DANIEL COLLINS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
         Executive Director of Safety, Security and Risk

                  Re:    **Request to Arbitrate**

To Whom it May Concern;

        We represent SHAQUILLE CORLEY ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:       **Request to Arbitrate**

To Whom it May Concern;

We represent ANGELIQUE CROSS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
### 30 EAST 39TH STREET, SECOND FLOOR
### NEW YORK, NY 10016
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent GENESIS CUEVAS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

               Re:      **Request to Arbitrate**

To Whom it May Concern;

       We represent TARIQ CUFFY ("Claimant"), a former employee of Chipotle Mexican
Grill, Inc. ("Chipotle").

       Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

       Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:        **Request to Arbitrate**

To Whom it May Concern;

      We represent NIN DACOSTA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent KEVIN DAVILA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:       **Request to Arbitrate**

To Whom it May Concern;

　　We represent GREGORY DEJESUS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

　　Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

　　Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent ALONDRA DELEON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:        **Request to Arbitrate**

To Whom it May Concern;

        We represent JACOB DELGADO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent AISMER DISLA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

                    Re:     **Request to Arbitrate**

To Whom it May Concern;

     We represent HAIRO DISLA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
### 30 EAST 39ᵀᴴ STREET, SECOND FLOOR
### NEW YORK, NY 10016
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

              Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent DANIEL EDWARDS ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent SARAH ELLIS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent LENISE ENGLISH ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

       We represent KIMBERLY EPSTEIN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

       Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

       Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

          Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent ELYSSA ESPINAL ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

            We represent ROSEANGELA ESPINAL ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

            Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

            Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent NATHAN FALBERG ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent NAKIA FARMER ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

          Re:     **Request to Arbitrate**

To Whom it May Concern;

    We represent NIA FECU ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

    Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

    Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent ISAIAH FELICIANO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
      Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent ROBINSON FERNANDEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent JOSE GOMEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

       Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent YAILENY GONZALEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent TROYA GREEN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
                    cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent KAMILLE HAYNES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

             Re:   **Request to Arbitrate**

To Whom it May Concern;

        We represent JUSTIN HENDERSON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

Re:       **Request to Arbitrate**

To Whom it May Concern;

We represent DONTAE HIPPOLITE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent SHANYA HOPKINS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39ᵀᴴ STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

                Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent ALLEXUS JONES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent ZAKARIA KHAFAGY ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent DEVENIE KING ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
 cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent DEQUAN KNIGHTON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:        **Request to Arbitrate**

To Whom it May Concern;

We represent ASHLEY LASCANO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent FELICIA LAWSON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent DONOVAN LEWIS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent RAMON LIRANZO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                                    cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
           Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent EMILY LOPEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.


CC:  Messner Reaves LLP
        1430 Wynkoop Street, Suite 300
        Denver, CO 80202
        Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent ERROL MACK ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

        Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent JUSTIN MAHARAJ ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent KAASHIF MAJOR ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

            Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent GLENN MATOS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
                   cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent GEORGE MATTOCKS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:       **Request to Arbitrate**

To Whom it May Concern;

We represent KADIJA MAURICE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent CAROLINA MEDRANO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent KAYLIE MILLER ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

               Re:      **Request to Arbitrate**

To Whom it May Concern;

      We represent ASHLEY MONAHAN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

           Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent DESTINY MOORE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:        **Request to Arbitrate**

To Whom it May Concern;

     We represent JASON MORALES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

          Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent TEKASH MUNIPERSAUD ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent BRANDON MUNIZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:          (212) 465-1188
                         cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent TAJ MURRAY ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent LAUREN NAVARRO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

       Re:    **Request to Arbitrate**

To Whom it May Concern;

     We represent NNENNA NDUKWE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent KASHEEM PACK ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:   **Request to Arbitrate**

To Whom it May Concern;

We represent RHAIZA PADILLA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent CAROLYN PAGUAY-RODRIGUEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent ANDREW PEDRAZA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent JONATHAN PEREZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent RAFAEL PINA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39ᵀᴴ STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent NATHANIEL POLITE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent KENNETH POWELL ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent ANTHONY PRICE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

_/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent DEBORAH PRUITT ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent KAREN RAMIREZ NUNEZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent JOSE REYES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent BRITTANY RIVERA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent JORGE RIVERA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

        Re:      **Request to Arbitrate**

To Whom it May Concern;

        We represent LINETTE RODRIGUEZ ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act
("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time
shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v)
statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.


Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.


CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent ROBERTO ROJAS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:       **Request to Arbitrate**

To Whom it May Concern;

We represent HALINA ROSE-GREEN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

　　We represent AARON RUSSO JR. ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

　　Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

　　Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent JAMIQUAN SAENZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

     We represent UMAIMAB SALEEMI ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

     Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

     Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

_/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
      Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent BRANDON SANTIAGO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
                           cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn: Tim Spoong
Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent TROY SAUNDERS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

_/s/ C.K. Lee_
C.K. Lee, Esq.

CC: Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent MARILYNN SEVERINO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39ᵀᴴ STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
Executive Director of Safety, Security and Risk

Re:    **Request to Arbitrate**

To Whom it May Concern;

We represent CAMPBELL SINNETT ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

            Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent TANANYA SOLOMON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                           cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

       Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent FERLYN SOTO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:　　　(212) 465-1188
　　　　　　　　　　　cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:　Tim Spoong
　　　　Executive Director of Safety, Security and Risk

　　　　　　　　Re:　　**Request to Arbitrate**

To Whom it May Concern;

　　　　We represent JUAN SOTO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

　　　　Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

　　　　Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

　_/s/ C.K. Lee_
C.K. Lee, Esq.

CC:　Messner Reaves LLP
　　　1430 Wynkoop Street, Suite 300
　　　Denver, CO 80202
　　　Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39ᵀᴴ STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

        Re:     **Request to Arbitrate**

To Whom it May Concern;

        We represent HUNTER STAPLES ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

        Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

        Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent CIARA SZE ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:         (212) 465-1188
                         cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
       Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

    We represent LIDUVINA TAPIA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

    Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

    Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent REYNALDO TAVAREZ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
ckle@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:  Tim Spoong
      Executive Director of Safety, Security and Risk

      Re:    **Request to Arbitrate**

To Whom it May Concern;

      We represent TIFFANY THOMPSON ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

      Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

      Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent LESLIE VALERIO ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 */s/ C.K. Lee*
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent EDITH VENTURA ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 /s/ C.K. Lee
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent LIANA VULAJ ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent LARON WATERS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent REBECCA WAXMAN ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
         Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent PREJHANE WILLIAMS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:     **Request to Arbitrate**

To Whom it May Concern;

We represent TANAYAH WILLIAMS ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                         cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
        Executive Director of Safety, Security and Risk

Re:      **Request to Arbitrate**

To Whom it May Concern;

We represent LAKEYA WILLIAMS-BATHILY ("Claimant"), a former employee of Chipotle Mexican Grill, Inc. ("Chipotle").

Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle, Claimant hereby requests to arbitrate his/her claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii) unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory penalties, and (vi) attorneys' fees and costs.

Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

 _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
     1430 Wynkoop Street, Suite 300
     Denver, CO 80202
     Attn: Bryant S. "Corky" Messner

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York 10016

Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner









LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NEW YORK 10016

Messner Reaves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Attn: Bryant S. "Corky" Messner

80202-61725

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

April 26, 2018

**VIA First Class Mail**
Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn:   Tim Spoong
         Executive Director of Safety, Security and Risk

          Re:      **Request to Arbitrate**

To Whom it May Concern;

          We represent LILIBETH MORILLO ("Claimant"), a former employee of Chipotle
Mexican Grill, Inc. ("Chipotle").

          Pursuant to the "Agreement to Arbitrate" entered into by Claimant and Chipotle,
Claimant hereby requests to arbitrate her claims under the Fair Labor Standards Act ("FLSA")
and New York Labor Law ("NYLL") as follows: (i) unpaid wages caused by time shaving; (ii)
unpaid overtime, (iii) unpaid spread of hours premium, (iv) liquidated damages, (v) statutory
penalties, and (vi) attorneys' fees and costs.

          Claimant further requests to arbitrate her claims against Chipotle for unlawful
discrimination based on her pregnancy pursuant to New York State Human Rights Law, New
York Executive Law § 296 ("NYSHRL"), and New York City Human Rights Law,
Administrative Code of the City of New York §§ 8-107 and 8-502 ("NYCHRL") and seeks to
recover (i) front pay, (ii) compensatory damages for emotional distress, (iii) punitive damages
and (iv) attorneys' fees and costs.

          Please contact us immediately to arrange the scheduling of the arbitration.

Regards,

  _/s/ C.K. Lee_
C.K. Lee, Esq.

CC:  Messner Reaves LLP
      1430 Wynkoop Street, Suite 300
      Denver, CO 80202
      Attn: Bryant S. "Corky" Messner