UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL GARCIA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.,

                Defendant.

Case No.: 16-CV-00601

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Opt-in Plaintiff DAVID PATTERSON and Defendant CHIPOTLE MEXICAN GRILL, INC., through their respective counsel, that the claims of Opt-in Plaintiff David Patterson are voluntarily dismissed without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For Defendant Chipotle Mexican Grill, Inc.:

By: _____
Joseph Piesco, Esq.
Garrett Kennedy, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel.: (212) 335-4708
joseph.piesco@dlapiper.com
garrett.kennedy@dlapiper.com

Date: 1/3/20

For Opt-in Plaintiff David Patterson:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
cklee@leelitigation.com

Date: 1/6/2020

**SO ORDERED**

_____
Hon. Edgardo Ramos, U.S.D.J.

_____
Dated